**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARNULFO RICARDO MARTINEZ,

Defendant - Appellant.

No. 14-30256

D.C. No. 2:13-cr-02062-TOR-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted September 16, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Arnulfo Ricardo Martinez appeals from the district court's judgment and

challenges the conviction and 80-month sentence for possession with intent to

distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).  Pursuant to

*Anders v. California,* 386 U.S. 738 (1967), Martinez's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Martinez has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waivers, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw as counsel is **GRANTED**.

**DISMISSED**.